FILED

07/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0169

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0169

_____

DENNIS KONOPATZKE,

    Appellant,

v.

DARRELL S. WORM and OGLE & WORM, PLLP,

    Appellee.

FILED

JUL 27 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

_____

    Appellant has filed a motion for a 30-day extension of time after the mediation date to file his opening brief in the referenced matter. Good cause appearing.

    IT IS ORDERED that the motion for extension is GRANTED. Appellant has until September 8, 2020, within which to file his opening brief.

    DATED this 27th day of July, 2020.

For the Court,

By _____
            Chief Justice